AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| | |
|---|---|
| | /s/ ERICK L. GUZMAN |
| Date | Signature |
| | Print Name                                    Bar Number |
| | Address |
| | City                    State                    Zip Code |
| | Phone Number                                    Fax Number |

1  **ERICK L. GUZMAN**
   California State Bar No. 244391
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erick_guzman@fd.org

5  Attorneys for Manuel Verdugo Jimenez

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10              **(HONORABLE CATHY ANN BENCIVENGO)**

11 | UNITED STATES OF AMERICA,        )    Case No. 08MJ2360
   |                                  )
12 |              Plaintiff,          )
   |                                  )
13 | v.                               )    **CERTIFICATE OF SERVICE**
   |                                  )
14 | MANUEL VERDUGO JIMENEZ,          )
   |                                  )
15 |              Defendant.          )
   | _____  )

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          U.S. Attorney CR
                        Efile.dkt.gc2@usdoj.gov

21                          Respectfully submitted,

23 DATED:    August 5, 2008           /s/ Erick L. Guzman
                                      **ERICK L. GUZMAN**
24                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Manuel Verdugo Jimenez