**FILED**

AUG 2 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2846-BTM |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| MANUEL JIMENEZ-VERDUGO, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about July 30, 2008, within the Southern District of California, defendant MANUEL JIMENEZ-VERDUGO, did knowingly and intentionally import approximately 25.88 kilograms (56.94 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 8-28-2008.

KAREN P. HEWITT
United States Attorney

*[signature]*

SABRINA L. FÈVE
Assistant U.S. Attorney

SLF:mg:San Diego
8/7/08