AO 455(Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN  DISTRICT OF CALIFORNIA**

FILED

AUG 2 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| MANUEL JIMENEZ-VERDUGO | CASE NUMBER: _08CR2846-BTM_ |

    I, <u>MANUEL JIMENEZ-VERDUGO</u>, the above named defendant, who is accused of

committing the following offense:

        Importation of Marijuana, in violation of Title 21, United States Code, Sections 952
and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _8/28/08_____ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

X _____
       Defendant

_____
       Counsel for Defendant

Before _____
       Judicial Officer